537 U.S. 1244
 HERNANDEZ-ABREGO
v.
UNITED STATES (Reported below: 54 Fed. Appx. 408);
MARTINEZ-MONTES
v.
UNITED STATES (54 Fed. Appx. 409);
BARRERA-MORALES
v.
UNITED STATES (54 Fed. Appx. 408);
CHAVEZ-JACINTO
v.
UNITED STATES (54 Fed. Appx. 407);
MARROQUIN-ALCANTARA
v.
UNITED STATES (54 Fed. Appx. 407);
GARCIA-MATA
v.
UNITED STATES (54 Fed. Appx. 409);
CRUZ-SOTO
v.
UNITED STATES (54 Fed. Appx. 407);
ESTRADA-AGUIRRE, AKA SOLORZANO-JOAQUIN
v.
UNITED STATES (54 Fed. Appx. 407);
HERNANDEZ-NAJERA
v.
UNITED STATES (54 Fed. Appx. 414);
MENDEZ-PAIZ
v.
UNITED STATES (54 Fed. Appx. 591); and
REYES-GOMEZ
v.
UNITED STATES (54 Fed. Appx. 591).
 No. 02-8884.
 Supreme Court of United States.
 March 3, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied.